UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

OREGON PRESCRIPTION DRUG MONITORING PROGRAM,

an agency of the STATE OF OREGON

**Plaintiff(s),**

v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION

an agency of the UNITED STATES DEPARTMENT OF JUSTICE

**Defendant(s).**

Civil Case No. 3:12-cv-02023

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney __Ben Wizner__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: __Wizner, Ben__
    *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*
Firm or Business Affiliation: __American Civil Liberties Union Foundation__
Mailing Address: __125 Broad Street, 18th Floor__
City: __New York__    State: __NY__    Zip: __10004__
Phone Number: __(212) 549-2500__    Fax Number: __(212) 549-2654__
Business E-mail Address: __bwizner@aclu.org__

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Bar of the State of California, November 30, 2001, Bar No. 215724

Supreme Court of the State of California, November 30, 2001

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):

Central District of California (Jan. 28, 2002), Southern District of California (June 16, 2003), Northern District of California (May 2007)

U.S. Court of Appeals for the 9th Cir. (July 14, 2003), D.C. Cir. (Nov. 19, 2004), 4th Cir. (June 12, 2006), 3d Cir. (June 4, 2007)

United States Supreme Court (March 21, 2005)

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 2,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiffs-Intervenors John Doe 1, John Doe 2, John Doe 3, John Doe 4, James Roe,

and American Civil Liberties Union of Oregon

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 18th day of January, 2013

_____
(Signature of Pro Hac Counsel)

Ben Wizner
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 23rd day of January, 2013

_____
(Signature of Local Counsel)

Name: Díaz, Kevin
     (Last Name)          (First Name)          (MI)     (Suffix)

Oregon State Bar Number: 970480
Firm or Business Affiliation: ACLU Foundation of Oregon
Mailing Address: ACLU of Oregon, PO Box 40585
City: Portland          State: OR          Zip: 97240
Phone Number: (503) 227-6928          Business E-mail Address: kdiaz@aclu-or.org

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge