Kevin Díaz, OSB No. 970480
Email: kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928; Fax: (503) 227-6948

Nathan Freed Wessler (*pro hac vice* application pending)
Email: nwessler@aclu.org
Ben Wizner (*pro hac vice* application pending)
Email: bwizner@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500; Fax: (212) 549-2654

    Attorneys for the Plaintiffs-Intervenors

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM**, an agency of the **STATE OF OREGON**,<br><br>    Plaintiff,<br><br>    v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**, an agency of the **UNITED STATES DEPARTMENT OF JUSTICE**,<br><br>    Defendant. | Case No.: 3:12-cv-02023-HA<br><br>**INTERVENORS' MOTION TO FILE COMPLAINT IN INTERVENTION USING PSEUDONYMS** |

1 – MOTION TO FILE COMPLAINT IN INTERVENTION USING PSEUDONYMS

**JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, DR. JAMES ROE, and the AMERICAN CIVIL LIBERTIES UNION OF OREGON, INC.,**

    Plaintiffs-Intervenors,

    v.

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**, an agency of the **UNITED STATES DEPARTMENT OF JUSTICE,**

    Defendant in Intervention.

### INTERVENORS' MOTION TO FILE COMPLAINT IN INTERVENTION USING PSEUDONYMS

Pursuant to Federal Rule of Civil Procedure 7(b), Plaintiffs-Intervenors John Does 1–4, Dr. James Roe, and the ACLU of Oregon ("Intervenors") move to file their Complaint in Intervention using pseudonyms for John Does 1–4 and Dr. James Roe in order to preserve their constitutional right to privacy. Pursuant to Local Rule 7-1, the parties have conferred and have been unable to resolve their underlying dispute. Plaintiff Oregon Prescription Drug Monitoring Program takes no position on this motion. Intervenors contacted Defendant U.S. Drug Enforcement Administration, but that party has not indicated its position on this motion.

As explained in the accompanying memorandum, this is a case involving a constitutionally protected interest in privacy that would be eliminated at the outset if Intervenors are forced to proceed under their real names. Anonymity is also necessary here to preserve privacy in a matter of a sensitive and highly personal nature. Additionally, pseudonymous filing is justified because one Intervenor reasonably fears that disclosure of his identity will lead to retaliation or harassment.

2 – MOTION TO FILE COMPLAINT IN INTERVENTION USING PSEUDONYMS

In support of this motion, Intervenors submit the following:

1. Memorandum of Law

2. Declaration of John Doe 1

3. Declaration of John Doe 2

4. Declaration of John Doe 3

5. Declaration of John Doe 4

6. Declaration of Dr. James Roe

Dated: January 25, 2013                              Respectfully submitted,

  /s/ Ben Wizner
Ben Wizner (*pro hac vice* application pending)
Nathan F. Wessler (*pro hac vice*
  application pending)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
Fax: (212) 549-2654

  /s/ Kevin Díaz
Kevin Díaz (OSB No. 970480)
ACLU Foundation of Oregon
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928
Fax: (503) 227-6948

*Counsel for Plaintiff-Intervenors*

3 – MOTION TO FILE COMPLAINT IN INTERVENTION USING PSEUDONYMS