**S. AMANDA MARSHALL, OSB #95437**
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB #06586**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1025
FAX: (503) 727-1117
      Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the STATE OF OREGON,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Case No.: 3:12-cv-02023-HA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Page - 1    **Unopposed Motion for Extension of Time**
*Oregon Prescription Drug Monitoring Program v. Drug Enforcement Admin.,*
3:12-cv-02023-HA

## I. CERTIFICATE OF COMPLIANCE WITH LR 7-1

Pursuant to Local Rule 7-1, counsel for Defendant has conferred with Nathan Wessler, counsel for Plaintiffs-Intervenors, who does not object to this motion for extension of time. In addition, counsel for Plaintiff, Thomas Castle, does not object to this motion for extension of time.

## II. MOTION

Defendant United States Drug Enforcement Administration, ("DEA"), by S. Amanda Marshall, United States Attorney for the District of Oregon, through Assistant U.S. Attorney Kevin Danielson, moves this Court for a one-week extension of time to file a response to the Motion to Intervene (Dkt. 7) and Intervenors' Motion to File Complaint in Intervention Using Pseudonyms (Dkt. 8) for the following reasons:

1. Defendant's response to both motions is due on February 8, 2013.

2. Defendant's counsel requires additional time to consult with agency counsel, research the issues, and present its argument to the Court.

3. This request is made in good faith and not for purposes of delay.

/ / / /

/ / / /

/ / / /

### III.  CONCLUSION

Defendant's request that the time to respond to the Motion to Intervene and Intervenors' Motion to File Complaint in Intervention Using Pseudonyms be extended to February 15, 2013.

Dated this 7th day of February 2013.

                                            S. AMANDA MARSHALL
United States Attorney
District of Oregon

/s/ Kevin Danielson
KEVIN DANIELSON
Assistant United States Attorney