**S. AMANDA MARSHALL, OSB #95437**
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB #06586**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1025
FAX: (503) 727-1117
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the STATE OF OREGON**,<br><br>    Plaintiff,<br><br>    v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE**,<br><br>    Defendant. | Case No.: 3:12-cv-02023-HA<br><br>**DEFENDANT'S RESPONSE TO INTERVENORS' MOTION TO FILE A COMPLAINT IN INTERVENTION USING PSEUDONYMS** |

Page - 1    **Defendant's Response to Intervenors' Motion to File a Complaint in Intervention Using Pseudonyms**
*Oregon Prescription Drug Monitoring Program v. Drug Enforcement Admin.,*
3:12-cv-02023-HA

Defendant United States Drug Enforcement Administration, ("DEA"), by S. Amanda Marshall, United States Attorney for the District of Oregon, through Assistant U.S. Attorney Kevin Danielson, submits this response to intervenors' motion to file their complaint in intervention using pseudonyms. Dkt. 8.

In the event Movants John Does 1-4 and Dr. James Roe are allowed to intervene, DEA has no objection to their use of pseudonyms in the complaint. DEA reserves the right to object to the use of pseudonyms in the event that circumstances in the litigation change and if the use of pseudonyms would prejudice DEA.

Dated this 15th day of February 2013.

                                            S. AMANDA MARSHALL
                                            United States Attorney
                                            District of Oregon

                                            */s/ Kevin Danielson*
                                            KEVIN DANIELSON
                                            Assistant United States Attorney
                                            Attorney for Defendant