Kevin Díaz, OSB No. 970480
Email: kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928; Fax: (503) 227-6948

Nathan Freed Wessler (*pro hac vice* application pending)
Email: nwessler@aclu.org
Ben Wizner (*pro hac vice* application pending)
Email: bwizner@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500; Fax: (212) 549-2654

      Attorneys for the Plaintiffs-Intervenors

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM**, an agency of the **STATE OF OREGON**, | Case No.: 3:12-cv-02023-HA |
| Plaintiff, | **APPEARANCE OF COUNSEL** |
| v. | |
| **UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**, an agency of the **UNITED STATES DEPARTMENT OF JUSTICE**, | |
| Defendant. | |

1 – APPEARANCE OF COUNSEL

**JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, DR. JAMES ROE, and the AMERICAN CIVIL LIBERTIES UNION OF OREGON, INC.,**

      Plaintiffs-Intervenors,

             v.

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**, an agency of the **UNITED STATES DEPARTMENT OF JUSTICE,**

      Defendant in Intervention.

## APPEARANCE OF COUNSEL

To:  The clerk of the court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in the case as

counsel for:  John Doe 1, John Doe 2, John Doe 3, John Doe 4, Dr. James Roe, and the

American Civil Liberties Union of Oregon, Inc.

Dated:  February 18, 2013          Respectfully submitted,


                     /s/ Kevin Díaz
                    Kevin Díaz (OSB No. 970480)
                    ACLU Foundation of Oregon
                    PO Box 40585
                    Portland, OR 97240
                    Email: kdiaz@aclu-or.org
                    Tel.: (503) 227-6928
                    Fax: (503) 227-6948

                    *Counsel for Plaintiff-Intervenors*

2 – APPEARANCE OF COUNSEL