ELLEN F. ROSENBLUM
Attorney General
THOMAS CASTLE #890321
Senior Assistant Attorney General
SHEILA H. POTTER #993485
Deputy Chief Trial Counsel
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: thomas.castle@doj.state.or.us
Sheila.Potter@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the STATE OF OREGON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 3:12-cv-02023-HA<br><br>NOTICE OF APPEARANCE |

Plaintiff hereby gives notice that Sheila H. Potter, Deputy Chief Trial Counsel, is now additional counsel of record in this proceeding.

Thomas Castle, Senior Assistant Attorney General, continues as counsel.

Page 1 - NOTICE OF APPEARANCE
SP3/cjw/4120728-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

The address for the receipt of all correspondence is:

Sheila H. Potter
Deputy Chief Trial Counsel
Oregon Department of Justice
1515 SW Fifth Avenue, Suite 410
Portland, Oregon 97201
Phone: 971-673-1880
Fax: 971-673-5000

DATED April __12__, 2013.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

s/ Sheila H. Potter

THOMAS CASTLE #890321
Senior Assistant Attorney General
SHEILA H. POTTER #993485
Deputy Chief Trial Counsel
Trial Attorneys
Phone: 971-673-1880
Fax: 971-673-5000
thomas.castle@doj.state.or.us
Sheila.Potter@doj.state.or.us
Of Attorneys for Plaintiff

Page 2 - NOTICE OF APPEARANCE
SP3/cjw/4120728-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000