ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
NINA R. ENGLANDER  #106119
Assistant Attorney General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
        Nina.Englander@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the STATE OF OREGON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 3:12-cv-02023-HA<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

Plaintiff hereby gives notice that Nina R. Englander, Assistant Attorney General, is now counsel of record in this proceeding in place of Thomas J. Castle.

Page 1 -   NOTICE OF SUBSTITUTION OF COUNSEL
           SP3/cjw/4293474-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

The address for the receipt of all correspondence and pleadings remains the same.

DATED June __3__, 2013.

                            Respectfully submitted,

                            ELLEN F. ROSENBLUM
                            Attorney General

                                s/ Sheila H. Potter
                            SHEILA H. POTTER #993485
                            Deputy Chief Trial Counsel
                            NINA R. ENGLANDER  #106119
                            Assistant Attorney General
                            Trial Attorneys
                            Phone:  971-673-1880
                            Fax:  971-673-5000
                            Sheila.Potter@doj.state.or.us
                            Nina.Englander@doj.state.or.us
                            Of Attorneys for Plaintiff

Page 2 -    NOTICE OF SUBSTITUTION OF COUNSEL
           SP3/cjw/4293474-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000