ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
NINA R. ENGLANDER  #106119
Assistant Attorney General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
           Nina.Englander@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the STATE OF OREGON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Case No. 3:12-cv-02023-HA<br><br>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　　Plaintiff Oregon Prescription Drug Monitoring Program moves for summary judgment under Federal Rule of Civil Procedure 56(a) on one of two grounds:

　　　　1.　　A judgment that the Controlled Substances Act does not preempt ORS

　　　　　　431.966(2)(a)(C) except as to the state requirement of probable cause. PDMP is

Page 1 -　PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
　　　　　SP3/cjw/4339547-v1

        not lawfully permitted to produce records in response to the DEA's administrative subpoenas until those subpoenas are enforced by a "valid court order . . . in an authorized drug-related investigation involving a person to whom the requested information pertains."

2.    In the alternative: A judgment that PDMP lawfully *may* decline to produce records in response to a DEA administrative subpoena until the DEA obtains a court order enforcing the specific administrative subpoena in question. Where the DEA obtains such an order, PDMP must comply with it.

In support of this motion, plaintiff relies on the attached Memorandum of Law, the Declaration of Nina Englander, and Exhibits A-F to the Declaration of Nina Englander.

DATED June  14 , 2013.

                Respectfully submitted,

                ELLEN F. ROSENBLUM
                Attorney General

                    s/ Sheila H. Potter
                SHEILA H. POTTER #993485
                Deputy Chief Trial Counsel
                NINA R. ENGLANDER  #106119
                Assistant Attorney General
                Trial Attorneys
                Phone:  971-673-1880
                Fax:  971-673-5000
                Sheila.Potter@doj.state.or.us
                Nina.Englander@doj.state.or.us
                Of Attorneys for Plaintiff

Page 2 -    PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
           SP3/cjw/4339547-v1
                        Department of Justice
                        1515 SW Fifth Ave, Suite 410
                        Portland, OR 97201
                        (971) 673-1880 / Fax: (971) 673-5000