Kevin Díaz, OSB No. 970480
Email: kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928; Fax: (503) 227-6948

Nathan Freed Wessler *(pro hac vice)*
Email: nwessler@aclu.org
Ben Wizner *(pro hac vice)*
Email: bwizner@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500; Fax: (212) 549-2654

      Attorneys for the Plaintiffs-Intervenors

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM**, an agency of the **STATE OF OREGON**,<br><br>    Plaintiff,<br><br>        v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**, an agency of the **UNITED STATES DEPARTMENT OF JUSTICE**,<br><br>    Defendant. | Case No.: 3:12-cv-02023-HA<br><br>**PLAINTIFFS-INTERVENORS' MOTION FOR SUMMARY JUDGMENT**<br><br>Oral Argument Requested |

1 – PLAINTIFFS-INTERVENORS' MOTION FOR SUMMARY JUDGMENT

**JOHN DOE 1, et al.,**

    Plaintiffs-Intervenors,

              v.

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**, an agency of the **UNITED STATES DEPARTMENT OF JUSTICE,**

    Defendant in Intervention.

## LR 7-1 CERTIFICATION

The parties have made a good faith effort to resolve the dispute at issue in this case, and have been unable to do so.

## MOTION

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs-Intervenors John Does 1–4, Dr. James Roe, and the ACLU of Oregon move for summary judgment on their claim challenging Defendant's warrantless requests for confidential prescription records from the Oregon Prescription Drug Monitoring Program as violating the Fourth Amendment of the Constitution and the Administrative Procedure Act. There are no issues of material fact in question, and summary judgment is appropriate on the issues before the Court.

The grounds in support of this motion are set forth more fully in Plaintiffs-Intervenors' Memorandum of Law in Support of Plaintiffs-Intervenors' Motion for Summary Judgment; the Declarations of Nathan Freed Wessler, Professor Mark A. Rothstein, Professor Robert Baker, Dr. Deborah C. Peel, John Doe 1, John Doe 2, John Doe 3, John Doe 4, and Dr. James Roe; and all other papers filed herewith.

Dated: July 1, 2013

Respectfully submitted,

/s/ Nathan Freed Wessler

Nathan F. Wessler (*pro hac vice*)
Ben Wizner (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
Fax: (212) 549-2654

/s/ Kevin Díaz

Kevin Díaz (OSB No. 970480)
ACLU Foundation of Oregon
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928
Fax: (503) 227-227-6948

*Counsel for Plaintiffs-Intervenors*