Kevin Díaz, OSB No. 970480
Email: kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928; Fax: (503) 227-6948

Nathan Freed Wessler *(pro hac vice)*
Email: nwessler@aclu.org
Ben Wizner *(pro hac vice)*
Email: bwizner@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500; Fax: (212) 549-2654

Attorneys for the Plaintiffs-Intervenors

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM**, an agency of the **STATE OF OREGON**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**, an agency of the **UNITED STATES DEPARTMENT OF JUSTICE**,<br><br>Defendant. | Case No.: 3:12-cv-02023-HA<br><br>**DECLARATION OF NATHAN FREED WESSLER IN SUPPORT OF PLAINTIFFS-INTERVENORS' MOTION FOR SUMMARY JUDGMENT** |

1 - DECLARATION OF NATHAN FREED WESSLER

**JOHN DOE 1, et al.,**

Plaintiffs-Intervenors,

v.

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,** an agency of the **UNITED STATES DEPARTMENT OF JUSTICE,**

Defendant in Intervention.

I, Nathan Freed Wessler, hereby declare and state as follows:

1. I am counsel for Plaintiffs-Intervenors in the above-captioned case. I make this declaration in support of Plaintiffs-Intervenors' Motion for Summary Judgment.

2. Attached hereto are true and correct copies of the following:

| Document | Exhibit |
|---|---|
| Oregon Health Authority, Frequently Asked Questions, http://www.orpdmp.com/faq.html | A |
| Oregon Health Authority, Oregon Prescription Drug Monitoring Program (2012), http://www.orpdmp.com/orpdmpfiles/PDF_Files/PDMP-fact-sheet_2012_v1.0.pdf | B |
| S.B. 355, A-Engrossed, 75th Leg. Assembly (Or. 2009), *available at* http://www.leg.state.or.us/09reg/measpdf/sb0300.dir/sb0355.a.pdf | C |
| Office of Diversion Control, Drug Enforcement Administration, Controlled Substances by CSA Schedule (May 28, 2013), *available at* http://www.deadiversion.usdoj.gov/schedules/orangebook/e_cs_sched.pdf | D |
| Drug Summary: Adderall (amphetamine salt combo), PDR.net, *available at* http://www.pdr.net/drug-summary/adderall?druglabelid=1048&id=1400 | E |
| Drug Summary: Ambien (zolpidem tartrate), PDR.net, *available at* http://www.pdr.net/drug-summary/ambien?druglabelid=2515&id=1376 | F |
| Drug Summary: Android (methyltestosterone), PDR.net, *available at* http://www.pdr.net/drug-summary/android?druglabelid=2837 | G |

Drug Summary: Lorazepam (Ativan), PDR.net, *available at* http://www.pdr.net/drug-summary/lorazepam?druglabelid=2668 ..................................................................................H

Drug Summary: Cesamet (nabilone), PDR.net, *available at* http://www.pdr.net/drug-summary/cesamet?druglabelid=692 ..................................................................................I

Drug Summary: Clonazepam (Klonopin), PDR.net, *available at* http://www.pdr.net/drug-summary/clonazepam-tablets?druglabelid=2386 ..................................................................................J

Drug Summary: Codeine Sulfate, PDR.net, *available at* http://www.pdr.net/drug-summary/codeine-sulfate-tablets?druglabelid=2672 ..................................................................................K

Drug Summary: Depo-Testosterone (testosterone cypionate; Androgen), PDR.net, *available at* http://pdr.net/drug-summary/depo-testosterone?druglabelid=1870&id=1634 ..................................L

Drug Summary: Didrex (benzphetamine hcl), PDR.net, *available at* http://pdr.net/drug-summary/didrex?druglabelid=1871 ..................................................................................M

Drug Summary: Librium (chlordiazepoxide hcl), PDR.net, *available at* http://pdr.net/drug-summary/librium?druglabelid=2717..................................................................................N

Drug Summary: Lunesta (eszopiclone), PDR.net, *available at* http://pdr.net/drug-summary/lunesta?druglabelid=2082 ..................................................................................O

Drug Summary: Marinol (dronabinol), PDR.net, *available at* http://pdr.net/drug-summary/marinol?druglabelid=2726 ..................................................................................P

Drug Summary: Meperidine (Demerol), PDR.net, *available at* http://pdr.net/drug-summary/demerol-tablets?druglabelid=2873 ..................................................................................Q

Drug Summary: Methadose Oral Tablets (methadone hydrochloride), PDR.net, *available at* http://pdr.net/drug-summary/methadose-oral-tablets?druglabelid=762 ..................................R

Drug Summary: Morphine (morphine sulfate), PDR.net, *available at* http://pdr.net/drug-summary/morphine-sulfate-tablets?druglabelid=1520 ..................................................................................S

Drug Summary: Nembutal, (pentobarbital sodium), PDR.net, *available at* http://pdr.net/drug-summary/nembutal?druglabelid=2052 ..................................................................................T

Drug Summary: Onfi (clobazam), PDR.net, *available at* http://pdr.net/drug-summary/onfi?druglabelid=295..................................................................................U

Drug Summary: OxyContin (oxycodone hcl), PDR.net, *available at* http://pdr.net/drug-summary/oxycontin?druglabelid=492 ..................................................................................V

Drug Summary: Provigil (modafinil), PDR.net, *available at* http://pdr.net/drug-summary/provigil?druglabelid=2332..................................................................................W

Drug Summary: Restoril (temazepam), PDR.net, *available at* http://pdr.net/drug-summary/restoril?druglabelid=793 ..................................................................................X

Drug Summary: Ritalin (methylphenidate hcl), PDR.net, *available at* http://pdr.net/drug-summary/ritalin?druglabelid=1989 ..................................................................................Y

Drug Summary: Sonata (zaleplon), PDR.net, *available at* http://pdr.net/drug-summary/sonata?druglabelid=1491 ..................................................................................Z

Drug Summary: Stadol NS (butorphanol tartrate), PDR.net, *available at* http://pdr.net/drug-summary/stadol-ns?druglabelid=917 ..................................................................................AA

Drug Summary: Valium (diazepam), PDR.net, *available at* http://pdr.net/drug-summary/valium?druglabelid=2100 ..................................................................................BB

Drug Summary: Vicodin (acetaminophen, hydrocodone bitartrate), PDR.net, *available at* http://pdr.net/drug-summary/vicodin?druglabelid=33 ..................................................................................CC

Drug Summary: Vyvanse (lisdexamfetamine dimesylate), PDR.net, *available at* http://pdr.net/drug-summary/vyvanse?druglabelid=538 ..................................................................................DD

Drug Summary: Xanax (alprazolam), PDR.net, *available at* http://pdr.net/drug-summary/xanax?druglabelid=1873 ..................................................................................EE

Drug Summary: Xyrem (sodium oxybate), PDR.net, *available at* http://pdr.net/drug-summary/xyrem?druglabelid=281 ..................................................................................FF

Oregon Health Authority, Data Requests, http://www.orpdmp.com/data-requests/ ..................GG

Oregon Health Authority, Law Enforcement, http://www.orpdmp.com/law-enforcement/ ........HH

Petition to Enforce DEA Administrative Subpoena, *United States v. State of Oregon Prescription Drug Monitoring Program*, No. 12-MC-298 (D. Or. Aug. 24, 2012) ............................................II

Declaration of Lori A. Cassity In Support of Petition to Enforce DEA Administrative Subpoena, *United States v. State of Oregon Prescription Drug Monitoring Program*, No. 12-MC-298 (D. Or. Aug. 24, 2012) ..................................................................................JJ

Memorandum in Support of Petition to Enforce DEA Administrative Subpoena, *United States v. State of Oregon Prescription Drug Monitoring Program*, No. 12-MC-298 (D. Or. Aug. 24, 2012) ..................................................................................KK

Declaration of Tyler D. Warner in Support of Petition to Enforce DEA Administrative Subpoena, *United States v. State of Oregon Prescription Drug Monitoring Program*, No. 12-MC-298 (D. Or. Aug. 24, 2012) ..................................................................................LL

Order to Enforce DEA Administrative Subpoena, *United States v. State of Oregon Prescription Drug Monitoring Program*, 12-MC-298 (D. Or. Aug. 27, 2012) ............................................. MM

New London Consulting & FairWarning, How Privacy Considerations Drive Patient Decisions and Impact Patient Care Outcomes (Sept. 13, 2011), *available at* http://www.fairwarning.com/whitepapers/2011-09-WP-US-PATIENT-SURVEY.pdf .............NN

Patient Privacy Rights & Zogby International, 2000 Adults' Views on Privacy, Access to Health Information, and Health Information Technology (2010), http://patientprivacyrights.org/wp-content/uploads/2010/11/Zogby-Result-Illustrations.pdf ............................................................. OO

Institute for Health Freedom & Gallup Organization, Public Attitudes Toward Medical Privacy (Sept. 26, 2000), http://www.forhealthfreedom.org/Gallupsurvey/IHF-Gallup.pdf ..................... PP

Jaime M. Grant et al., Injustice at Every Turn: A Report of the National Transgender Discrimination Survey (Executive Summary) (2011), *available at* http://www.thetaskforce.org/downloads/reports/reports/ntds_full.pdf ........................................ QQ

Pursuant to 28 U.S.C. § 1746, I hereby declare and state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Nathan Freed Wessler

Dated: July 1st, 2013