**S. AMANDA MARSHALL, OSB #953473**
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB #065860**
kevin.c.danielson@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:    (503) 727-1025
Facsimile:    (503) 727-1117
        Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the STATE OF OREGON**, | **Case No.: 3:12-CV-02023-HA** |
| **Plaintiff,** | |
| **v.** | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| **UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE**, | |
| **Defendant.** | |

**Page - 1**      **Defendant's Unopposed Motion for Extension of Time**
            *Oregon Prescription Drug Monitoring Program v. Drug Enforcement Admin.*,
            3:12-CV-02023-HA

**JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, DR. JAMES ROE, and the AMERICAN CIVIL LIBERTIES UNION OF OREGON, INC.,**

        **Plaintiffs-Intervenors,**

**v.**

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE,**

        **Defendant in Intervention.**

## I.    CERTIFICATE OF COMPLIANCE WITH LR 7-1

Pursuant to Local Rule 7-1, counsel for Defendant has conferred with counsel for Plaintiff, Sheila Potter, and counsel for Plaintiffs-Intervenors, Nathan Wessler, and neither objects to this motion.

## II.    MOTION

Defendant United States Drug Enforcement Administration ("DEA"), by S. Amanda Marshall, United States Attorney for the District of Oregon, through Assistant United States Attorney Kevin Danielson, moves this Court to extend the time to file its cross-motions for summary judgment and response briefs by five days for the following reasons:

1.      Defendant's cross-motions for summary judgment and responses to Plaintiff's motion for summary judgment (Dkt. 24) and Plaintiffs-Intervenors' motion for summary judgment (Dkt. 27) are due on August 15, 2013.

2.      Counsel for Defendant needs additional time to clarify the issues for the court and to consult with agency counsel in Washington, D.C.

3.      This request is made in good faith and not for purposes of delay.

## III.   CONCLUSION

DEA requests that the time to file its cross-motions for summary judgment and its responses to Plaintiff's and Plaintiffs-Intervenors' motions for summary judgment be due on August 20, 2013.

Dated this 14th day of August 2013.

                                    Respectfully submitted,

                                    S. AMANDA MARSHALL
                                    United States Attorney
                                    District of Oregon

                                    /s/ Kevin Danielson
                                    KEVIN DANIELSON
                                    Assistant United States Attorney
                                    Attorneys for Defendant