**S. AMANDA MARSHALL, OSB #95437**
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB #06586**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1025
FAX: (503) 727-1117
        Attorneys for Defendant


# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the STATE OF OREGON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No.: 3:12-cv-02023-HA <br><br> **DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF** |

**JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, DR. JAMES ROE, and the AMERICAN CIVIL LIBERTIES UNION OF OREGON, INC.,**

               **Plaintiffs-Intervenors,**

          **v.**

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE,**

             **Defendant in Intervention.**

Defendant United States Drug Enforcement Administration ("DEA"), by S. Amanda Marshall, United States Attorney for the District of Oregon, through Assistant U.S. Attorney Kevin Danielson, moves this Court for summary judgment under Fed. R. Civ. P. 56 against Plaintiff Oregon Prescription Drug Monitoring Program ("PDMP").

This cross-motion asks this Court to rule: (1) that ORS § 431.966(2)(a)(C) is preempted by federal law, and thus, the PDMP must obey a subpoena issued by the DEA under 21 U.S.C. § 876 without a court order; and (2) that PDMP may not refuse to obey a subpoena issued by the DEA under 21 U.S.C. § 876 unless it has a good-faith basis for not complying.  In support of this cross-motion, DEA submits the accompanying memorandum of law.

Page - 2       Defendant's Cross-Motion for Summary Judgment Against Plaintiff
                  *Oregon Prescription Drug Monitoring Program v. Drug Enforcement Admin.,*
                  3:12-cv-02023-HA

Dated this 20th day of August 2013.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney
District of Oregon

*/s/ Kevin Danielson*
KEVIN DANIELSON
Assistant United States Attorney
Attorneys for Defendant

Defendant's Cross-Motion for Summary Judgment Against Plaintiff
         *Oregon Prescription Drug Monitoring Program v. Drug Enforcement Admin.,*
         3:12-cv-02023-HA