**S. AMANDA MARSHALL, OSB #95437**
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB #06586**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1025
FAX: (503) 727-1117
     Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the STATE OF OREGON**,<br><br>     **Plaintiff,**<br><br>     v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE**,<br><br>     **Defendant.** | Case No.: 3:12-cv-02023-HA<br><br>**DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS-INTERVENORS** |

JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, DR. JAMES ROE, and the AMERICAN CIVIL LIBERTIES UNION OF OREGON, INC.,

        **Plaintiffs-Intervenors,**

        v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE,

        **Defendant in Intervention.**

Defendant United States Drug Enforcement Administration ("DEA"), by S. Amanda Marshall, United States Attorney for the District of Oregon, through Assistant U.S. Attorney Kevin Danielson, moves this Court for summary judgment under Fed. R. Civ. P. 56 against Plaintiffs-Intervenors.

This cross-motion asks this Court to rule: (1) that Plaintiffs-Intervenors lack standing; (2) that their claim is not ripe; (3) that they do not have a reasonable expectation of privacy interest under the Fourth Amendment in their prescription information; and (4) that an administrative subpoena issued under 21 U.S.C. § 876 does not require a judicial order based on probable cause. In support of this cross-motion, DEA submits the accompanying memorandum of law.

Page - 2    Defendant's Cross-Motion for Summary Judgment  Against Plaintiffs-Intervenors
                *Oregon Prescription Drug Monitoring Program v. Drug Enforcement Admin.*,
                3:12-cv-02023-HA

Dated this 20th day of August 2013.

        Respectfully submitted,

        S. AMANDA MARSHALL
        United States Attorney
        District of Oregon

        */s/ Kevin Danielson*
        KEVIN DANIELSON
        Assistant United States Attorney
        Attorneys for Defendant