ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
SARAH M. VILLANUEVA #093412
Assistant Attorney General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
        Sarah.M.Villanueva@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the STATE OF OREGON, | Case No. 3:12-cv-02023-HA |
|---|---|
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

    Plaintiff hereby gives notice that Sarah M. Villanueva, Assistant Attorney General, is now counsel of record in this proceeding, in place of Nina R. Englander.

    Sheila H. Potter, Deputy Chief Trial Counsel, continues as lead counsel of record.

Page 1 -   NOTICE OF SUBSTITUTION OF COUNSEL
           SP3/cjw/4570627-v1

The address for the receipt of all correspondence and pleadings remains the same.

DATED September  9 , 2013.

                                              Respectfully submitted,

                                              ELLEN F. ROSENBLUM
                                              Attorney General


                                                    s/ Sarah M. Villanueva
                                              SHEILA H. POTTER #993485
                                              Deputy Chief Trial Counsel
                                              SARAH M. VILLANUEVA #093412
                                              Assistant Attorney General
                                              Trial Attorneys
                                              Phone:  971-673-1880
                                              Fax:  971-673-5000
                                              Sheila.Potter@doj.state.or.us
                                              Sarah.M.Villanueva@doj.state.or.us
                                              Of Attorneys for Plaintiff

Page 2 -   NOTICE OF SUBSTITUTION OF COUNSEL
            SP3/cjw/4570627-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000