Kevin Díaz, OSB No. 970480
Email: kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928; Fax: (503) 227-6948

Nathan Freed Wessler *(pro hac vice)*
Email: nwessler@aclu.org
Ben Wizner *(pro hac vice)*
Email: bwizner@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500; Fax: (212) 549-2654

    Attorneys for the Plaintiffs-Intervenors

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM**, an agency of the **STATE OF OREGON**,<br><br>    Plaintiff,<br><br>            v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**, an agency of the **UNITED STATES DEPARTMENT OF JUSTICE**,<br><br>    Defendant. | Case No.: 3:12-cv-02023-HA<br><br>**PARTIES' JOINT MOTION FOR EXTENSION OF TIME** |

1 – PARTIES' JOINT MOTION FOR EXTENSION OF TIME

**JOHN DOE 1, et al.,**

    Plaintiffs-Intervenors,

              v.

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**, an agency of the **UNITED STATES DEPARTMENT OF JUSTICE,**

    Defendant in Intervention.

### LR 7-1 CERTIFICATION

Counsel for the parties have consulted, and all parties join this motion.

### MOTION

Plaintiffs-Intervenors John Does 1–4, Dr. James Roe, and the American Civil Liberties Union of Oregon, Inc. ("Plaintiffs-Intervenors"), Plaintiff Oregon Prescription Drug Monitoring Program ("Plaintiff" or "OPDMP"), and Defendant United States Drug Enforcement Administration ("Defendant" or "DEA"), jointly move this Court to extend the time for the filing of the remaining summary judgment briefs in this case:

    1. Plaintiff OPDMP filed its motion for summary judgment on June 14, 2013 (Dkt. 24) and Plaintiffs-Intervenors filed their motion for summary judgment on July 1, 2013 (Dkt. 27). After this Court granted the DEA's unopposed motion for a five-day extension of time to file its cross motions for summary judgment and responses to Plaintiff's and Plaintiffs-Intervenors' motions, (Dkt. 38 & 39), the DEA filed its cross-motions and responses on August 20, 2013, (Dkt. 40–43).

    2. Plaintiff's and Plaintiffs-Intervenors' response and reply briefs are currently due on September 16, 2013. However, in light of the extension of the deadline for the previous brief, counsel require additional time to respond. Accordingly, the parties respectfully request an additional seven days for these briefs.

3. Defendant DEA's final reply brief is currently due on October 1, 2013. In order to afford Defendant adequate time to reply, the parties further respectfully request that Defendant be afforded an additional seven days for its final reply brief.

4. This request is made in good faith and not for the purpose of delay.

## CONCLUSION

The parties jointly request that the briefing schedule be extended and modified as follows:

By September 23, 2013, Plaintiff OPDMP and Plaintiffs-Intervenors are each to file combined response and reply briefs.

By October 8, 2013, Defendant DEA is to file its reply briefs.

Dated: September 10, 2013                    Respectfully submitted,

                                             */s/ Nathan Freed Wessler*

ELLEN F. ROSENBLUM                           Nathan F. Wessler (*pro hac vice*)
Attorney General                             Ben Wizner (*pro hac vice*)
                                             American Civil Liberties Union Foundation
*/s/ Sheila H. Potter*                       125 Broad Street, 18th Floor
Sheila H. Potter                             New York, NY 10004
Assistant Attorney General                   Tel.: (212) 549-2500
Trial Attorney                               Fax: (212) 549-2654
*Counsel for Plaintiff*

                                             Kevin Díaz (OSB No. 970480)
                                             ACLU Foundation of Oregon
S. AMANDA MARSHALL                           PO Box 40585
United States Attorney                       Portland, OR 97240
District of Oregon                           Tel.: (503) 227-6928
                                             Fax: (503) 227-227-6948
*/s/ Kevin Danielson*                        *Counsel for Plaintiffs-Intervenors*
Kevin Danielson
Assistant United States Attorney
*Counsel for Defendant*

3 – PARTIES' JOINT MOTION FOR EXTENSION OF TIME