**S. AMANDA MARSHALL, OSB #95437**
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB #06586**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1025
FAX: (503) 727-1117
          Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the STATE OF OREGON**, | Case No.: 3:12-cv-02023-HA |
| **Plaintiff,** | |
| v. | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| **UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE**, | |
| **Defendant.** | |

JOHN DOE 1, JOHN DOE 2, JOHN
DOE 3, JOHN DOE 4, DR. JAMES
ROE, and the AMERICAN CIVIL
LIBERTIES UNION OF OREGON,
INC.,

                **Plaintiffs-Intervenors,**

                **v.**

UNITED STATES DRUG
ENFORCEMENT
ADMINISTRATION, an agency of the
UNITED STATES DEPARTMENT
OF JUSTICE,

              **Defendant in Intervention.**

## CERTIFICATE OF COMPLIANCE WITH LR 7-1

Pursuant to Local Rule 7-1, counsel for Defendant has conferred with counsel for Plaintiff, Sheila Potter, and counsel for Plaintiffs-Intervenors, Nathan Wessler, and they do not object to this extension of time.

## II.    MOTION

Defendant United States Drug Enforcement Administration, ("DEA"), by S. Amanda Marshall, United States Attorney for the District of Oregon, through Assistant U.S. Attorney Kevin Danielson, moves this Court to extend the time to file its reply briefs, in support of its motion for summary judgment, by seven days for the following reasons:

1.     Defendant's reply briefs to Plaintiff's and Plaintiffs-Intervenors' response in opposition to Defendant's cross-motion for summary judgment are due by October 8, 2013.  Dkt. 46.

2.     Additional time is required because counsel for the DEA, located in Washington D.C., will not be available to review or assist with the government's reply briefs from October 3-7 because of travel commitments.

3.     This request is made in good faith and not for purposes of delay.

### III.    CONCLUSION

Defendant requests that its reply briefs be due on October 15, 2013.

Dated this 25th day of September 2013.

S. AMANDA MARSHALL
United States Attorney
District of Oregon


 */s/ Kevin  Danielson*
KEVIN DANIELSON
Assistant United States Attorney