ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
SARAH M. VILLANUEVA #093412
Assistant Attorney General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
         Sarah.M.Villanueva@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM,** an agency of the STATE OF OREGON**,**<br><br>    Plaintiff,<br><br>    v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,** an agency of the UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 3:12-cv-02023-HA<br><br>PLAINTIFF'S UNOPPOSED MOTION TO RESET ORAL ARGUMENT |
| **JOHN DOE 1,** et al.,<br><br>    Plaintiffs-Intervenors,<br><br>    v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,** an agency of the UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant in Intervention. | |

Page 1 -    PLAINTIFF'S UNOPPOSED MOTION TO RESET ORAL ARGUMENT
            SP3/cjw/4827623-v2

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Plaintiff, the Oregon Prescription Drug Monitoring Program, moves the Court for an Order resetting oral argument on the parties' cross-motions for summary judgment. Argument was set for Thursday, December 12, 2013, at 9:30am. Plaintiff's counsel Sheila Potter learned last night that her father will undergo open-heart surgery that morning at OHSU, and is seeking leave to reset the argument so that she may be at the hospital with her family. (See Declaration of Sheila H. Potter, ¶¶ 2-3.)

Counsel for Defendant U.S. Drug Enforcement Agency and for the intervenors do not object to this motion.

DATED December  4 , 2013.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General


            s/ Sheila H. Potter
        SHEILA H. POTTER #993485
        Deputy Chief Trial Counsel
        SARAH M. VILLANUEVA #093412
        Assistant Attorney General
        Trial Attorneys
        Phone:  971-673-1880
        Fax:  971-673-5000
        Sheila.Potter@doj.state.or.us
        Sarah.M.Villanueva@doj.state.or.us
        Of Attorneys for Plaintiff

Page 2 -   PLAINTIFF'S UNOPPOSED MOTION TO RESET ORAL ARGUMENT
        SP3/cjw/4827623-v2

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000