ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
SARAH M. VILLANUEVA #093412
Assistant Attorney General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
           Sarah.M.Villanueva@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM,** an agency of the STATE OF OREGON,<br><br>**Plaintiff**,<br><br>v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,** an agency of the UNITED STATES DEPARTMENT OF JUSTICE,<br><br>**Defendant**.<br><br>**JOHN DOE 1,** et al.,<br><br>Plaintiffs-Intervenors,<br><br>v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,** an agency of the UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant in Intervention. | Case No. 3:12-cv-02023-HA<br><br>DECLARATION OF SHEILA H. POTTER IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO RESET ORAL ARGUMENT |

Page 1 -   DECLARATION OF SHEILA H. POTTER IN SUPPORT OF PLAINTIFF'S UNOPPOSED
            MOTION TO RESET ORAL ARGUMENT
            SP3/cjw/4827627-v2

I, Sheila H. Potter, declare:

1. I am a Senior Assistant Attorney General and the attorney representing the plaintiff, the Oregon Prescription Drug Monitoring Program. I make these statements of my own knowledge.

2. Oral argument on the parties' cross-motions for summary judgment is scheduled for next week, Thursday, December 12, 2013, at 9:30am.

3. My father learned last night that he needs open-heart surgery—anticipated to be quadruple bypass surgery, and possibly also repair of his aorta. He will undergo the surgery first thing in the morning on December 12, at the Oregon Health Sciences University hospital. I am asking for argument to be set over so that I may be there with him and my family that day.

4. This request is not made for the purpose of delay. Counsel for the DEA and the intervenors have no objection to my request.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on December  4 , 2013.


                                                 s/ Sheila H. Potter
                                                 SHEILA H. POTTER #993485

Page 2 -   DECLARATION OF SHEILA H. POTTER IN SUPPORT OF PLAINTIFF'S UNOPPOSED
            MOTION TO RESET ORAL ARGUMENT
            SP3/cjw/4827627-v2

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000