Kevin Díaz, OSB No. 970480
Email: kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928; Fax: (503) 227-6948

Nathan Freed Wessler *(pro hac vice)*
Email: nwessler@aclu.org
Ben Wizner *(pro hac vice)*
Email: bwizner@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500; Fax: (212) 549-2654

Attorneys for the Plaintiffs-Intervenors

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM**, an agency of the **STATE OF OREGON**,<br><br>     Plaintiff,<br><br>          v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**, an agency of the **UNITED STATES DEPARTMENT OF JUSTICE**,<br><br>     Defendant. | Case No.: 3:12-cv-02023-HA<br><br>**AMENDED UNOPPOSED MOTION FOR ENTRY OF JUDGMENT** |

1 – UNOPPOSED MOTION FOR ENTRY OF JUDGMENT

| | |
|---|---|
| **JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, DR. JAMES ROE, and ACLU OF OREGON,**<br><br>    Plaintiffs-Intervenors,<br><br>    v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**, an agency of the **UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>    Defendant in Intervention. | |

## LR 7-1 CERTIFICATION

Counsel for the Oregon Prescription Drug Monitoring Program ("PDMP") and the United States Drug Enforcement Administration ("DEA") have no objection to the filing of this motion.

## MOTION

Pursuant to Federal Rule of Civil Procedure 58(d), John Does 1–4, Dr. James Roe, and the ACLU of Oregon ("Intervenors") respectfully "request that judgment be set out in a separate document as required by Rule 58(a)," Fed. R. Civ. P. 58(d).

On February 11, 2014, this Court issued an Opinion and Order granting the Intervenors' Motion for Summary Judgment, denying the PDMP's Motion for Summary Judgment as moot, and denying the DEA's Cross Motions for Summary Judgment. (Dkt. 60). This order resolves all pending issues in this case, but does not constitute entry of judgment. *See* Fed. R. Civ. P. 58(a).

Intervenors file this amended motion (amending Dkt. 61) to correct an oversight: although counsel for the DEA stated to counsel for Intervenors that the DEA did not oppose the filing of the original motion, counsel for Intervenors did not share the text of the motion with

opposing counsel before filing. Counsel for the DEA raised concerns after filing, and Intervenors now file this amended motion with the following language to which the DEA does not object.

**WHEREFORE**, Intervenors respectfully request that this Court enter final judgment "grant[ing] the relief to which each party is entitled," Fed R. Civ. P. 54(c), consistent with the Court's Opinion and Order of February 11, 2014. (Dkt. 60).

Dated: February 27, 2014                                    Respectfully Submitted,

/s/ Nathan Freed Wessler
Nathan Freed Wessler (*pro hac vice*)
Ben Wizner (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
Fax: (212) 549-2654

Kevin Díaz (OSB No. 970480)
ACLU Foundation of Oregon
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928
Fax: (503) 227-6948

*Attorneys for the Plaintiffs-Intervenors*

3 – UNOPPOSED MOTION FOR ENTRY OF JUDGMENT