UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

OREGON PRESCRIPTION DRUG
MONITORING PROGRAM, an agency
of the STATE OF OREGON,

    Plaintiff,

v.

UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION,
an agency of the UNITED STATES
DEPARTMENT OF JUSTICE,

    Defendant.

Case No. 3:12-cv-02023-HA

JUDGMENT

JOHN DOE 1, et al.,

    Plaintiffs-Intervenors,

v.

UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION,
an agency of the UNITED STATES
DEPARTMENT OF JUSTICE.

    Defendant in Intervention.

HAGGERTY, District Judge:

    Based on the Opinion and Order [60] entered on February 11, 2014, Judgment is hereby entered in favor of plaintiffs-intervenors. The United States Drug Enforcement Administration's

1   - JUDGMENT

requests for personally identifiable prescription records from the Oregon Prescription Drug Monitoring Program without first obtaining and producing a warrant violates the Fourth Amendment of the United States Constitution. Accordingly, the United States Drug Enforcement Administration is hereby permanently enjoined from obtaining prescription records from the Oregon Prescription Drug Monitoring Program without first securing a warrant based upon probable cause.

IT IS SO ORDERED.

DATED this 12 day of March, 2014.

Ancer L. Haggerty
United States District Judge

2    - JUDGMENT