**S. AMANDA MARSHALL, OSB #95437**
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB #06586**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1025
FAX: (503) 727-1117
          Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the STATE OF OREGON**,<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>**Defendant.** | Case No. 3:12-cv-02023-HA<br><br>**NOTICE OF APPEAL** |

Page - 1      Notice of Appeal
              *Oregon Prescription Drug Monitoring Program v. DEA*;3:12-cv-02023-HA

JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, DR. JAMES ROE, and the AMERICAN CIVIL LIBERTIES UNION OF OREGON, INC.,

          **Plaintiffs-Intervenors,**

          v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, an agency of the UNITED STATES DEPARTMENT OF JUSTICE,

          **Defendant in Intervention.**

      Notice is hereby given that the United States Drug Enforcement Administration, Defendant and Defendant in Intervention in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on March 13, 2014.

      Dated this 9th day of May 2014.

                                                  Respectfully submitted,

                                                  S. AMANDA MARSHALL
                                                  United States Attorney
                                                  District of Oregon

                                                  */s/ Kevin Danielson*
                                                  KEVIN DANIELSON
                                                  Assistant United States Attorney
                                                  Attorneys for Defendant