| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 03 2016<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| OREGON PRESCRIPTION DRUG MONITORING PROGRAM, an agency of the State of Oregon,<br><br>        Plaintiff - Appellee,<br><br>ACLU FOUNDATION OF OREGON, INC.; et al.,<br><br>        Intervenor-Plaintiffs - Appellees,<br><br>  v.<br><br>U.S. DRUG ENFORCEMENT ADMINISTRATION, Defendant in Intervention,<br><br>        Defendant - Appellant. | No. 14-35402<br><br>D.C. No. 3:12-cv-02023-HA<br>U.S. District Court for Oregon, Portland<br><br>**ORDER** |

      The amicus brief submitted by Oregon Medical Association, American Medical Association, Alaska State Medical Association, Arizona Medical Association, California Medical Association, Idaho Medical Association, Montana Medical Association, Nevada State Medical Association, and Washington State Medical Association on December 12, 2014 is filed.

      No additional paper copies of the brief are required.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk